**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07 - CV - 01914 BnB

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

EDWARD MUNIZ, #120296,

     Plaintiff,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES, WASHINGTON, D.C., et al.,

     Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

     Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915. As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted document is

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Plaintiff will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Plaintiff files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    X    is missing certified copy of prisoner's trust fund statement for the 6-month
                   period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use the court's current form)

Dockets.Justia.com

(7)   __    names in caption do not match names in caption of complaint, petition or habeas application

(8)   __    An original and a copy have not been received by the court. Only an original has been received.

(9)   __    other:_____.

**Complaint, Petition or Application:**

(10)   X   is not submitted

(11)   __    is not on proper form (must use the court's current form)

(12)   __    is missing an original signature by the prisoner

(13)   __    is missing page nos. ___

(14)   __    uses et al. instead of listing all parties in caption

(15)   __    An original and a copy have not been received by the court. Only an original has been received.

(16)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)   __    names in caption do not match names in text

(18)   __    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter.  It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form: Prisoner Complaint .  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _10th_ day of _September_ , 2007.

BY THE COURT:

_Boyd N Boland_
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.    **07 - CV - 0 1 9 1 4**

Edward Muniz
Reg. No. 120296
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _9-11-07_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk