IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01914-MSK-MJW

EDWARD MUNIZ,

Plaintiff,

v.

NURSE KASPAR, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the plaintiff's Motion for an Order Compelling Discovery (Docket No. 53) is denied without prejudice as premature. This court will discuss the discovery plan for this case during the Rule 16 Scheduling/Planning Conference which is set for December 19, 2008, at 9:00 a.m.

Date: November 10, 2008