IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01914-MSK-MJW

EDWARD MUNIZ,

Plaintiff,

v.

NURSE KASPAR, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is ORDERED that the Motion for Leave to Take Deposition of Plaintiff, DN 82, filed with the Court on January 9, 2009, is GRANTED as set forth in the motion.

    It is FURTHER ORDERED that the Motion to Continue Settlement Conference, DN 81, filed with the Court on January 9, 2009 is GRANTED. The Settlement Conference set on January 30, 2009, at 1:30 p.m. is VACATED. The parties shall contact the court within 10 days from date of the completion of the plaintiff's deposition to reschedule a settlement conference in this case.

Date: January 13, 2009